

**Entered on Docket
September 01, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

1 KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
2 201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
3 (702) 853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**JEFFERY JOHNSTON**<br><br>**Debtor**<br><br>**HAINES & KRIEGER L.L.C.**<br>**Attorney for Debtor** | Chapter 13<br>BKS-10-20594-LBR<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

forty-five (45) day period, which expired on March 13, 2010.

. . .

. . .

. . .

1

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: August 30, 2010
9  (tsw)

2